UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jerome J. Carter

      v.                                          Civil No. 13-cv-275-JL

Hillsborough County Department
of Corrections, Medical Department

## ORDER GRANTING MOTION TO PROCEED
### *IN FORMA PAUPERIS*

The plaintiff, an inmate at Hillsborough County Department of Corrections ("Institution"), has filed a motion to proceed *in forma pauperis* in the above-captioned case, which is accompanied by an Inmate Account Statement signed by an authorized individual from the Institution. The statement evidences that the inmate's current balance is $0.0. Plaintiff has also submitted a signed consent form indicating consent to permit inmate accounts to make court-ordered payments on his behalf.

The motion to proceed *in forma pauperis* is GRANTED. While 28 U.S.C. § 1915(b)(1) requires the court assess an initial filing fee, given the plaintiff's current balance there shall be no initial filing fee assessed. In addition, monthly payments of 20% of each preceding month's income credited to the plaintiff's account shall be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. 28 U.S.C. § 1915(b)(2).

The monthly payments as outlined above shall be forwarded to the Clerk of Court by the Institution in accordance with this Order. A copy of this Order, along with a copy of the signed

Prisoner Consent Form (doc. no. 2), shall be forwarded by the Court to the Institutions inmate account department.

  SO ORDERED.

               _____
               Landya B. McCafferty
               United States Magistrate Judge

Dated: June 26, 2013

cc:  Jerome J. Carter, pro se
   Hillsborough County Department of Corrections, Inmate Accounts