**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>Jerome J. Carter</u>

   v.                                              Civil No. 13-cv-275-JL

<u>Hillsborough County Department
of Corrections Medical Department and
Denise Ryan, Health Services Administrator</u>

**O R D E R**

   Jerome J. Carter, a pretrial inmate at the Hillsborough County House of Corrections ("HCHC"), filed a complaint (doc. no. 1) in this matter asserting that the HCHC Medical Department and its administrator, Nurse Denise Ryan, violated his constitutional rights.  The matter is before the court for preliminary review to determine, among other things, whether the complaint states any claim upon which relief might be granted.  <u>See</u> 28 U.S.C. § 1915A(a); LR 4.3(d)(2).  As explained in the report and recommendation issued simultaneously with this order ("R&R"), Carter has stated sufficient facts to assert a Fourteenth Amendment medical care claim against Ryan upon which relief might be granted.

   The file contains Carter's completed summons form for Ryan. The clerk's office is directed to issue the completed summons and forward to the United States Marshal for the District of New

Hampshire (the "U.S. Marshal's office"): the summons for Ryan; the complaint (doc. no. 1); the R&R issued this date; and this order. Upon receipt of the necessary documentation, the U.S. Marshal's office shall serve process upon Ryan pursuant to Fed. R. Civ. P. 4(c)(3) and 4(e); see also N.H. Rev. Stat. Ann. § 510:2.

Defendant is instructed to answer or otherwise plead within twenty-one days of service. See Fed. R. Civ. P. 12(a)(1)(A). Carter is instructed that all future pleadings, written motions, notices, or similar papers shall be served directly on defendant by delivering or mailing the materials to her or her attorney(s), pursuant to Fed. R. Civ. P. 5(b).

**SO ORDERED.**

_____
Landya McCafferty
United States Magistrate Judge

October 15, 2013

cc: Jerome J. Carter, pro se
LBM:jba